## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **Cherisse Corner**                                             Case No.    **19-15831**
                  Debtor(s)                                              Chapter     **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Cherisse Corner**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **October 17, 2019**            Signature  **/s/ Cherisse Corner**
                                                 **Cherisse Corner**
                                                 Debtor

## PERSONAL AND CHECK INFORMATION

CHERISSE V CORNER
49 W BASIN ST
NORRISTOWN, PA 19401

Soc Sec #: XXX-XX-XXXX    Employee ID: 37355
Hire Date: 08/13/17
Status: PT
Filing Status:
Federal: Single, 2
State: PA, Single, 2
Dept: 402

Pay Period: 06/09/19 to 06/22/19
Check Date: 07/03/19    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 283.74 | 7685.34 |
| Net Pay | 283.74 | 7685.34 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 20.50 | 16.0000 | 328.00 | 604.50 | 9246.35 |
| HOURS WORKED | 20.50 | | | 604.50 | |
| ADJ EARNINGS | | | 328.00 | | 9246.35 |
| GROSS EARNINGS | 20.50 | | 328.00 | 604.50 | 9246.35 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | | 342.05 |
| OASDI | 20.34 | 573.28 |
| MEDICARE | 4.76 | 134.09 |
| STATE W/H PA | 10.07 | 283.86 |
| STATE SUI PA | 0.20 | 5.56 |
| PA 3133NASTON | 6.89 | 194.17 |
| PA 4183-LMAL1 | 2.00 | 28.00 |
| TOTAL | 44.26 | 1561.01 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 283.74 | 7685.34 |

*Payrolls by Paychex, Inc.*
0420-P151 SUBSTITUTE TEACHER SERVICE, INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

## PERSONAL AND CHECK INFORMATION

CHERISSE V CORNER
49 W BASIN ST
NORRISTOWN, PA 19401

Soc Sec #: XXX-XX-XXXX   Employee ID: 37355
Hire Date: 08/13/17
Status: PT
Filing Status:
Federal: Single, 2
State: PA, Single, 2
Dept: 402

Pay Period: 05/26/19 to 06/08/19
Check Date: 06/19/19   Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 686.57 | 7401.60 |
| Net Pay | 686.57 | 7401.60 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 52.00 | 16.0000 | 832.00 | 584.00 | 8918.35 |
| HOURS WORKED | 52.00 | | | 584.00 | |
| ADJ EARNINGS | | | 832.00 | | 8918.35 |
| GROSS EARNINGS | 52.00 | | 832.00 | 584.00 | 8918.35 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 36.28 | 342.05 |
| OASDI | 51.58 | 552.94 |
| MEDICARE | 12.06 | 129.33 |
| STATE W/H PA | 25.54 | 273.79 |
| STATE SUI PA | 0.50 | 5.36 |
| PA 3133NASTON | 17.47 | 187.28 |
| PA 4183-LMAL1 | 2.00 | 26.00 |
| TOTAL | 145.43 | 1516.75 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 686.57 | 7401.60 |

Payrolls by Paychex, Inc.
0428-P151 SUBSTITUTE TEACHER SERVICE, INC • PO BOX 37 • MEDIA, PA 19063 •

## PERSONAL AND CHECK INFORMATION

CHERISSE V CORNER
49 W BASIN ST
NORRISTOWN, PA 19401

Soc Sec #: XXX-XX-XXXX    Employee ID: 37355
Hire Date: 08/13/17
Status: PT
Filing Status:
Federal: Single, 2
State: PA, Single, 2
Dept: 402

Pay Period: 05/12/19 to 05/25/19
Check Date: 06/05/19    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 770.90 | 6715.03 |
| Net Pay | 770.90 | 6715.03 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 59.00 | 16.0000 | 944.00 | 532.00 | 8086.35 |
| HOURS WORKED | 59.00 | | | 532.00 | |
| ADJ EARNINGS | | | 944.00 | | 8086.35 |
| GROSS EARNINGS | 59.00 | | 944.00 | 532.00 | 8086.35 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 49.51 | 305.77 |
| OASDI | 58.53 | 501.36 |
| MEDICARE | 13.69 | 117.27 |
| STATE W/H PA | 28.98 | 248.25 |
| STATE SUI PA | 0.57 | 4.86 |
| PA 3133NASTON | 19.82 | 169.81 |
| PA 4183-LMAL1 | 2.00 | 24.00 |
| TOTAL | 173.10 | 1371.32 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 770.90 | 6715.03 |

*Payrolls by Paychex, Inc.*

**0426-P151** SUBSTITUTE TEACHER SERVICE,INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

**PERSONAL AND CHECK INFORMATION**
CHERISSE V CORNER
49 W BASIN ST
NORRISTOWN, PA 19401

Soc Sec #: XXX-XX-XXXX    Employee ID: 37355
Hire Date: 08/13/17
Status: PT
Filing Status:
Federal: Single, 2
State: PA, Single, 2
Dept: 402

Pay Period: 04/28/19 to 05/11/19
Check Date: 05/22/19    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 572.42 | 5944.13 |
| Net Pay | 572.42 | 5944.13 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 42.75 | 16.0000 | 684.00 | 473.00 | 7142.35 |
| HOURS WORKED | 42.75 | | | 473.00 | |
| ADJ EARNINGS | | | 684.00 | | 7142.35 |
| GROSS EARNINGS | 42.75 | | 684.00 | 473.00 | 7142.35 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 21.48 | 256.26 |
| OASDI | 42.41 | 442.83 |
| MEDICARE | 9.92 | 103.58 |
| STATE W/H PA | 21.00 | 219.27 |
| STATE SUI PA | 0.41 | 4.29 |
| PA 3133NASTON | 14.36 | 149.99 |
| PA 4183-LMAL1 | 2.00 | 22.00 |
| TOTAL | 111.58 | 1198.22 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 572.42 | 5944.13 |

Payrolls by Paychex, Inc.
0428-P181 SUBSTITUTE TEACHER SERVICE, INC • PO BOX 37 • MEDIA, PA 19063 •

**PERSONAL AND CHECK INFORMATION**
CHERISSE V CORNER
49 W BASIN ST
NORRISTOWN, PA 19401

Soc Sec #: XXX-XX-XXXX  Employee ID: 37355
Hire Date: 08/13/17
Status: PT
Filing Status:
Federal: Single, 2
State: PA, Single, 2
Dept: 402

Pay Period: 04/14/19 to 04/27/19
Check Date: 05/08/19    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 179.20 | 5371.71 |
| Net Pay | 179.20 | 5371.71 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 13.00 | 16.0000 | 208.00 | 430.25 | 6458.35 |
| HOURS WORKED | 13.00 | | | 430.25 | |
| ADJ EARNINGS | | | 208.00 | | 6458.35 |
| GROSS EARNINGS | 13.00 | | 208.00 | 430.25 | 6458.35 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | | 234.78 |
| OASDI | 12.90 | 400.42 |
| MEDICARE | 3.02 | 93.66 |
| STATE W/H PA | 6.39 | 198.27 |
| STATE SUI PA | 0.12 | 3.88 |
| PA 3133NASTON | 4.37 | 135.63 |
| PA 4183-LMAL1 | 2.00 | 20.00 |
| TOTAL | 28.80 | 1086.64 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 179.20 | 5371.71 |

Payrolls by Paychex, Inc.
0426-P151 SUBSTITUTE TEACHER SERVICE,INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

**PERSONAL AND CHECK INFORMATION**
CHERISSE V CORNER
49 W BASIN ST
NORRISTOWN, PA 19401

Soc Sec #: XXX-XX-XXXX    Employee ID: 37355
Hire Date: 08/13/17
Status: PT
Filing Status:
Federal: Single, 2
State: PA, Single, 2
Dept: 402

Pay Period: 03/31/19 to 04/13/19
Check Date: 04/24/19    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 732.51 | 5192.51 |
| Net Pay | 732.51 | 5192.51 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 7.00 | 12.7000 | 88.90 | | |
| REGULAR EARNING | 50.25 | 16.0000 | 804.00 | 417.25 | 6250.35 |
| HOURS WORKED | 57.25 | | | 417.25 | |
| ADJ EARNINGS | | | 892.90 | | 6250.35 |
| GROSS EARNINGS | 57.25 | | 892.90 | 417.25 | 6250.35 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 43.38 | 234.78 |
| OASDI | 55.36 | 387.52 |
| MEDICARE | 12.95 | 90.64 |
| STATE W/H PA | 27.41 | 191.88 |
| STATE SUI PA | 0.54 | 3.76 |
| PA 3133NASTON | 18.75 | 131.26 |
| PA 4183-LMAL1 | 2.00 | 18.00 |
| TOTAL | 160.39 | 1057.84 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 732.51 | 5192.51 |

Payrolls by Paychex, Inc.
0426-P151 SUBSTITUTE TEACHER SERVICE,INC – PO BOX 37 – MEDIA, PA 19063 –

**PERSONAL AND CHECK INFORMATION**
CHERISSE V CORNER
49 W BASIN ST
NORRISTOWN, PA 19401

Soc Sec #: XXX-XX-XXXX    Employee ID: 37355
Hire Date: 08/13/17
Status: PT
Filing Status:
Federal: Single, 2
State: PA, Single, 2
Dept: 402

Pay Period: 03/17/19 to 03/30/19
Check Date: 04/10/19    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 629.65 | 4460.00 |
| Net Pay | 629.65 | 4460.00 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 26.75 | 16.0000 | 428.00 | | |
| REGULAR EARNING | 26.00 | 12.7000 | 330.20 | 360.00 | 5357.45 |
| HOURS WORKED | 52.75 | | | 360.00 | |
| ADJ EARNINGS | | | 758.20 | | 5357.45 |
| GROSS EARNINGS | 52.75 | | 758.20 | 360.00 | 5357.45 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 28.90 | 191.40 |
| OASDI | 47.01 | 332.16 |
| MEDICARE | 10.99 | 77.69 |
| STATE W/H PA | 23.28 | 164.47 |
| STATE SUI PA | 0.45 | 3.22 |
| PA 3133NASTON | 15.92 | 112.51 |
| PA 4163-LMAL1 | 2.00 | 16.00 |
| TOTAL | 128.55 | 897.45 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 629.65 | 4460.00 |

Payrolls by Paychex, Inc.
**0426-P161** SUBSTITUTE TEACHER SERVICE,INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

**PERSONAL AND CHECK INFORMATION**
CHERISSE V CORNER
49 W BASIN ST
NORRISTOWN, PA 19401

Soc Sec #: XXX-XX-XXXX    Employee ID: 37355
Hire Date: 08/13/17
Status: PT
Filing Status:
Federal: Single, 2
State: PA, Single, 2
Dept: 402

Pay Period: 03/03/19 to 03/16/19
Check Date: 03/27/19    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 295.77 | 3830.35 |
| Net Pay | 295.77 | 3830.35 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 10.25 | 16.0000 | 164.00 | | |
| REGULAR EARNING | 14.00 | 12.7000 | 177.80 | 307.25 | 4599.25 |
| HOURS WORKED | 24.25 | | | 307.25 | |
| ADJ EARNINGS | | | 341.80 | | 4599.25 |
| GROSS EARNINGS | 24.25 | | 341.80 | 307.25 | 4599.25 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | | 162.50 |
| OASDI | 21.19 | 285.15 |
| MEDICARE | 4.96 | 66.70 |
| STATE W/H PA | 10.49 | 141.19 |
| STATE SUI PA | 0.21 | 2.77 |
| PA 3133NASTON | 7.18 | 96.59 |
| PA 4183-LMAL1 | 2.00 | 14.00 |
| TOTAL | 46.03 | 768.90 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 295.77 | 3830.35 |

*Payrolls by Paychex, Inc*
**0426-P151** SUBSTITUTE TEACHER SERVICE,INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

**PERSONAL AND CHECK INFORMATION**
CHERISSE V CORNER
49 W BASIN ST
NORRISTOWN, PA 19401

Soc Sec #: XXX-XX-XXXX    Employee ID: 37355
Hire Date: 08/13/17
Status: PT
Filing Status:
Federal: Single, 2
State: PA, Single, 2
Dept: 402

Pay Period: 02/17/19 to 03/02/19
Check Date: 03/13/19    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 559.77 | 3534.58 |
| Net Pay | 559.77 | 3534.58 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 19.50 | 16.0000 | 312.00 | | |
| REGULAR EARNING | 28.00 | 12.7000 | 355.60 | 283.00 | 4257.45 |
| HOURS WORKED | 47.50 | | | 283.00 | |
| ADJ EARNINGS | | | 667.60 | | 4257.45 |
| GROSS EARNINGS | 47.50 | | 667.60 | 283.00 | 4257.45 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 19.84 | 162.50 |
| OASDI | 41.39 | 263.96 |
| MEDICARE | 9.68 | 61.74 |
| STATE W/H PA | 20.50 | 130.70 |
| STATE SUI PA | 0.40 | 2.56 |
| PA 3133NASTON | 14.02 | 89.41 |
| PA 4183-LMAL1 | 2.00 | 12.00 |
| TOTAL | 107.83 | 722.87 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 559.77 | 3534.58 |

Payrolls by Paychex, Inc.
0426-P151 SUBSTITUTE TEACHER SERVICE, INC • PO BOX 37 • MEDIA, PA 19063 •

## PERSONAL AND CHECK INFORMATION

CHERISSE V CORNER  
49 W BASIN ST  
NORRISTOWN, PA 19401

Soc Sec #: XXX-XX-XXXX    Employee ID: 37355  
Hire Date: 08/13/17  
Status: PT  
Filing Status:  
Federal: Single, 2  
State: PA, Single, 2  
Dept: 402

Pay Period: 02/03/19 to 02/16/19  
Check Date: 02/27/19    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 576.20 | 2974.81 |
| Net Pay | 576.20 | 2974.81 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 37.50 | 16.0000 | 600.00 | | |
| REGULAR EARNING | 7.00 | 12.7000 | 88.90 | 235.50 | 3589.85 |
| HOURS WORKED | 44.50 | | | 235.50 | |
| ADJ EARNINGS | | | 688.90 | | 3589.85 |
| GROSS EARNINGS | 44.50 | | 688.90 | 235.50 | 3589.85 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 21.97 | 142.66 |
| OASDI | 42.71 | 222.57 |
| MEDICARE | 9.99 | 52.06 |
| STATE W/H PA | 21.15 | 110.20 |
| STATE SUI PA | 0.41 | 2.16 |
| PA 3133NASTON | 14.47 | 75.39 |
| PA 4183-LMAL1 | 2.00 | 10.00 |
| TOTAL | 112.70 | 615.04 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 576.20 | 2974.81 |

Payrolls by Paychex, Inc.  
**0426-P151** SUBSTITUTE TEACHER SERVICE,INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

**PERSONAL AND CHECK INFORMATION**
CHERISSE V CORNER
49 W BASIN ST
NORRISTOWN, PA 19401

Soc Sec #: XXX-XX-XXXX   Employee ID: 37355
Hire Date: 08/13/17
Status: PT
Filing Status:
Federal: Single, 2
State: PA, Single, 2
Dept: 402

Pay Period: 01/20/19 to 02/02/19
Check Date: 02/13/19   Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 606.34 | 2398.61 |
| Net Pay | 606.34 | 2398.61 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 45.50 | 16.0000 | 728.00 | 191.00 | 2900.95 |
| HOURS WORKED | 45.50 | | | 191.00 | |
| ADJ EARNINGS | | | 728.00 | | 2900.95 |
| GROSS EARNINGS | 45.50 | | 728.00 | 191.00 | 2900.95 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 25.88 | 120.69 |
| OASDI | 45.14 | 179.86 |
| MEDICARE | 10.56 | 42.07 |
| STATE W/H PA | 22.35 | 89.05 |
| STATE SUI PA | 0.44 | 1.75 |
| PA 3133NASTON | 15.29 | 60.92 |
| PA 4183-LMAL1 | 2.00 | 8.00 |
| TOTAL | 121.66 | 502.34 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 606.34 | 2398.61 |

Payrolls by Paychex, Inc.
**0426-P151** SUBSTITUTE TEACHER SERVICE,INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

## PERSONAL AND CHECK INFORMATION

CHERISSE V CORNER
49 W BASIN ST
NORRISTOWN, PA 19401

Soc Sec #: XXX-XX-XXXX    Employee ID: 37355
Hire Date: 08/13/17
Status: PT
Filing Status:
Federal: Single, 2
State: PA, Single, 2
Dept: 402

Pay Period: 01/06/19 to 01/19/19
Check Date: 01/30/19    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 733.53 | 1792.27 |
| Net Pay | 733.53 | 1792.27 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 21.00 | 12.7000 | 266.70 | | |
| REGULAR EARNING | 7.00 | 13.6500 | 95.55 | | |
| REGULAR EARNING | 33.25 | 16.0000 | 532.00 | 145.50 | 2172.95 |
| HOURS WORKED | 61.25 | | | 145.50 | |
| ADJ EARNINGS | | | 894.25 | | 2172.95 |
| GROSS EARNINGS | 61.25 | | 894.25 | 145.50 | 2172.95 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 43.54 | 94.81 |
| OASDI | 55.44 | 134.72 |
| MEDICARE | 12.97 | 31.51 |
| STATE W/H PA | 27.45 | 66.70 |
| STATE SUI PA | 0.54 | 1.31 |
| PA 3133NASTON | 18.78 | 45.63 |
| PA 4183-LMAL1 | 2.00 | 6.00 |
| TOTAL | 160.72 | 380.68 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 733.53 | 1792.27 |

*Payrolls by Paychex, Inc.*
**0426-P151** SUBSTITUTE TEACHER SERVICE,INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

**PERSONAL AND CHECK INFORMATION**

CHERISSE V CORNER
49 W BASIN ST
NORRISTOWN, PA 19401

Soc Sec #: XXX-XX-XXXX    Employee ID: 37355
Hire Date: 08/13/17
Status: PT
Filing Status:
Federal: Single, 2
State: PA, Single, 2
Dept: 402

Pay Period: 12/23/18 to 01/05/19
Check Date: 01/16/19    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 276.79 | 1058.74 |
| Net Pay | 276.79 | 1058.74 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 20.00 | 16.0000 | 320.00 | 84.25 | 1278.70 |
| HOURS WORKED | 20.00 | | | 84.25 | |
| ADJ EARNINGS | | | 320.00 | | 1278.70 |
| GROSS EARNINGS | 20.00 | | 320.00 | 84.25 | 1278.70 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | | 51.27 |
| OASDI | 19.84 | 79.28 |
| MEDICARE | 4.64 | 18.54 |
| STATE W/H PA | 9.82 | 39.25 |
| STATE SUI PA | 0.19 | 0.77 |
| PA 3133NASTON | 6.72 | 26.85 |
| PA 4183-LMAL1 | 2.00 | 4.00 |
| TOTAL | 43.21 | 219.96 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 276.79 | 1058.74 |

*Payrolls by Paychex, Inc.*

**0426-P151** SUBSTITUTE TEACHER SERVICE, INC • PO BOX 37 • MEDIA, PA 19063 •