United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Cherisse Corner          :     Chapter 13
                                 :
        Debtor                   :     No. 19-15831
                                 :
                                 :

**Certificate of Service**

    I, Christina Drzal, counsel for the debtor, certify that on September 18, 2019 I served a copy of debtor Cherisse Corner's Original Chapter 13 Plan electronically or by first class mail on the following parties:

Robert Crawley, Esq.
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

AES
P.O. Box 2461
Harrisburg, PA 17105-2461

Darrell Corner
919 Whispering Pine Drive
Missouri City, TX 77489

Norristown Municipal Waste Authority
235 E. Airy St., 2nd Floor
Norristown, PA 19401

Specialized Loan Servicing
8742 Lucent Boulevard, Suite 300
Highlands Ranch, CO 80129

U.S. Department of Housing and Urban Dev
451 7th Street S.W.,
Washington, DC 20410

Trustee Scott Waterman
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
(served 10/22/19)

/s/ Christina Drzal
**Christina Drzal**
**Legal Aid of Southeastern PA- Chester**
**419 Avenue of the States**
**Suite 605**
**Chester, PA 19013**
**610-874-8421Fax:610-874-4093**
**cdrzal@lasp.org**