UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    CHERISSE CORNER<br><br>    Debtor | Chapter 13<br>Bankruptcy No.19-15831-JKF |

CERTIFICATE OF SERVICE

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 24th day of January, 2020, by first class mail upon those listed below:

CHERISSE CORNER
49 W Basin St
Norristown, PA  19401

**Electronically via CM/ECF System Only:**

CHRISTINE DRZAL, ESQ
LEGAL AID SOUTHEASTERN PA - CHESTER
419 AVE OF THE STATES, STE 605
CHESTER, PA  19013

                                                                           */s/ Deborah A. Earnshaw*
                                                                           Deborah A. Earnshaw
                                                                           for
                                                                           Scott F. Waterman, Esquire
                                                                           Standing Chapter 13 Trustee