United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Cherisse Corner             :       Chapter 13
                                     :
         Debtor                      :       No. 19-15831
                                     :
                                     :

**Certificate of Service**

I, Christina Drzal, counsel for the debtor, certify that on February 14, 2020 I served a copy of debtor Cherisse Corner's 1st Amended Chapter 13 Plan and 1st Amended Schedules A/B/D/E/F/J electronically or by first class mail on the following parties:

1. Trustee Scott Waterman
   2901 St. Lawrence Avenue, Suite 100
   Reading, PA 19606

2. Kevin McDonald, Esq.
   KML Law Group, P.C.
   701 Market St., Suite 5000
   Philadelphia, PA 19106-1532

3. Specialized Loan Servicing
   8742 Lucent Boulevard, Suite 300
   Highlands Ranch, CO 80129

4. Norristown Municipal Waste Authority
   235 E. Airy St., 2nd Floor
   Norristown, PA 19401

5. U.S. Department of Housing and Urban Dev
   451 7th Street S.W.,
   Washington, DC 20410

6. Darrell Corner
   919 Whispering Pine Drive
   Missouri City, TX 77489

/s/ Christina Drzal
Christina Drzal
Legal Aid of Southeastern PA
419 Avenue of the States, Suite 605
Chester, PA 19013
Phone: (610) 874-8421
Fax: (610) 874-4093
Email: cdrzal@lasp.org