United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-15831-jkf
Cherisse Corner                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Feb 28, 2020
                             Form ID: 155             Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db            +Cherisse Corner,   49 W. Basin St.,   Norristown, PA 19401-3861

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
        CHRISTINA MASUMI DRZAL    on behalf of Debtor Cherisse  Corner cdrzal@lasp.org
        KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
         York, as successor Et Al... bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
         York, as successor Et Al... bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Cherisse Corner

          Debtor(s)                                 Chapter: 13

                                        Bankruptcy No: 19−15831−jkf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 26th of February 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Jean K. FitzSimon
                                            Judge ,
                                            United States Bankruptcy Court