| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-15831-AMC

CHERISSE CORNER
49 W Basin St
Norristown  PA    19401

Petition Filed Date: 09/18/2019
341 Hearing Date: 10/25/2019
Confirmation Date: 02/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/23/2019 | $412.29 | 17906127493 | 11/18/2019 | $412.29 | 17906240779 | 02/11/2020 | $412.29 | 17910640454 |
| 02/20/2020 | $412.29 | 17910640586 | 03/13/2020 | $412.29 | 17910884160 | 04/10/2020 | $460.00 | 26409526290 |
| 05/19/2020 | $460.00 | 26409534838 | 07/06/2020 | $453.34 | 26409540227 | 07/27/2020 | $460.00 | 26409538495 |

**Total Receipts for the Period: $3,894.79    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,894.79**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | EDUCATIONAL CREDIT MGMT CORP<br>»» 002 | Unsecured Creditors | $2,504.08 | $0.00 | $2,504.08 |
| 3 | EMERGENCY CARE/PHYSICIAN ASSOC OF PA PC<br>»» 003 | Unsecured Creditors | $153.67 | $0.00 | $153.67 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $362.91 | $0.00 | $362.91 |
| 5 | SPECIALIZED LOAN SERVICING LLC<br>»» 005 | Mortgage Arrears | $24,294.85 | $3,118.11 | $21,176.74 |

**Chapter 13 Case No. 19-15831-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,894.79 | Current Monthly Payment: | $453.34 |
| Paid to Claims: | $3,118.11 | Arrearages: | $433.36 |
| Paid to Trustee: | $362.68 | Total Plan Base: | $26,995.15 |
| Funds on Hand: | $414.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.