Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-15831-AMC**

CHERISSE CORNER  
49 W Basin St  
Norristown  PA    19401

Petition Filed Date: 09/18/2019  
341 Hearing Date: 10/25/2019  
Confirmation Date: 02/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/11/2020 | $412.29 | 17910640454 | 02/20/2020 | $412.29 | 17910640586 | 03/13/2020 | $412.29 | 17910884160 |
| 04/10/2020 | $460.00 | 26409526290 | 05/19/2020 | $460.00 | 26409534838 | 07/06/2020 | $453.34 | 26409540227 |
| 07/27/2020 | $460.00 | 26409538495 | 08/28/2020 | $453.34 | 26409549420 | 09/24/2020 | $453.34 | 26655157462 |
| 11/03/2020 | $453.34 | 26655162750 | 01/11/2021 | $453.34 | | 01/26/2021 | $453.34 | 26906081253 |
| 02/03/2021 | $453.34 | | 02/16/2021 | $453.34 | | 03/01/2021 | $453.34 | |
| 03/17/2021 | $453.34 | | 05/03/2021 | $453.34 | | 06/09/2021 | $453.34 | |

**Total Receipts for the Period: $8,056.95    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,881.53**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | EDUCATIONAL CREDIT MGMT CORP<br>»» 002 | Unsecured Creditors | $2,504.08 | $0.00 | $2,504.08 |
| 3 | EMERGENCY CARE/PHYSICIAN ASSOC OF PA PC<br>»» 003 | Unsecured Creditors | $153.67 | $0.00 | $153.67 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $362.91 | $0.00 | $362.91 |
| 5 | SPECIALIZED LOAN SERVICING LLC<br>»» 005 | Mortgage Arrears | $24,294.85 | $7,707.41 | $16,587.44 |

**Chapter 13 Case No. 19-15831-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,881.53 | Current Monthly Payment: | $453.34 |
| Paid to Claims: | $7,707.41 | Arrearages: | ($19.98) |
| Paid to Trustee: | $766.11 | Total Plan Base: | $26,995.15 |
| Funds on Hand: | $408.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.