# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| | : | BANKRUPTCY NO. 19-15831 |
| **Cherisse Corner,** | : | |
| | : | |
| Debtor. | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Please enter my appearance on behalf of Debtor, Cherisse Corner.

Please send all notices to the address below:

>Carolyn E. Johnson, Esq.
>Legal Aid of Southeastern PA
>419 Avenue of the States, Suite 605
>Chester, PA 19013

>/s/ Carolyn E. Johnson
>Carolyn E. Johnson, Esq.
>Legal Aid of Southeastern PA
>419 Avenue of the States, Suite 605
>Chester, PA 19013

Please withdraw my appearance on behalf of Debtor, Cherisse Corner.

>/s/ Christina Drzal
>Christina Drzal, Esquire
>Legal Aid of Southeastern PA
>419 Avenue of the States, Suite 605
>Chester, PA 19013