Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-15831-AMC**

CHERISSE CORNER  
49 W Basin St  
Norristown  PA    19401

Petition Filed Date: 09/18/2019  
341 Hearing Date: 10/25/2019  
Confirmation Date: 02/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $453.34 | | 06/09/2021 | $453.34 | | 07/13/2021 | $453.34 | |
| 08/23/2021 | $453.34 | | 09/15/2021 | $453.34 | | 11/16/2021 | $453.34 | |
| 11/16/2021 | $453.34 | | 01/03/2022 | $453.34 | | 03/29/2022 | $453.34 | |
| 05/09/2022 | $453.34 | | | | | | | |

**Total Receipts for the Period: $4,533.40    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,508.25**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | EDUCATIONAL CREDIT MGMT CORP<br>»» 002 | Unsecured Creditors | $2,504.08 | $0.00 | $2,504.08 |
| 3 | EMERGENCY CARE/PHYSICIAN ASSOC OF PA PC<br>»» 003 | Unsecured Creditors | $153.67 | $0.00 | $153.67 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $362.91 | $0.00 | $362.91 |
| 5 | SPECIALIZED LOAN SERVICING LLC<br>»» 005 | Mortgage Arrears | $24,294.85 | $11,424.80 | $12,870.05 |
| 0 | CHRISTINE DRZAL, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | CAROLYN E JOHNSON ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-15831-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,508.25 | Current Monthly Payment: | $453.34 |
| Paid to Claims: | $11,424.80 | Arrearages: | $2,700.06 |
| Paid to Trustee: | $1,083.45 | Total Plan Base: | $26,995.15 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.