United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15831-amc |
| Cherisse Corner | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cherisse Corner, 49 W. Basin St., Norristown, PA 19401-3861 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 25, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROLYN ELAINE JOHNSON | |
| | on behalf of Debtor Cherisse Corner cjohnson@lasp.org r50866@notify.bestcase.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor Et Al... bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor Et Al... bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| Scott F Waterman | |
| | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Cherisse Corner <br> _Debtor_ | CHAPTER 13 |
| The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, f/k/a  JPMorgan Chase Bank, as Trustee, for GSMPS  Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 <br> _Movant_ <br> vs. | NO. 19-15831 AMC <br><br> 11 U.S.C. Sections 362 and 1301 |
| Cherisse Corner <br> _Debtor_ | |
| Darrell Corner <br> _Co-Debtor_ | |
| Scott F. Waterman, Esquire <br> _Trustee_ | |

## AMENDED STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the loan held by the Movant on the Debtor's mortgage is **$2,828.40** which breaks down as follows;

Post-Petition Payments:         March 2022 to April 2022 at $895.20/month
Fees & Costs Relating to Motion:  $1,038.00
**Total Post-Petition Arrears         $2,828.40**

2. The Debtor shall cure said arrearages in the following manner:

   a). Beginning on May 1, 2022 and continuing through January 2023, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$895.20** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month, plus an installment payment of **$314.26** for the months of May 2022 through December 2022 and an installment payment of **$314.32** for the month of January 2023 towards the arrearages on or before the last day of each month at the address below:

Specialized Loan Servicing, LLC
Suite 300
PO Box 636007
Littleton, CO 80163

       b).     Maintenance of current monthly mortgage payments to Movant thereafter.

3.     Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.     In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.     The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.     If the case is converted to Chapter 7, the Movant may file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.     If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.     The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: July 18, 2022      By: */s/ Rebecca A. Solarz, Esquire*
                                             Attorney for Movant

Date: *8/2/2022*      */s/ Carolyn Elaine Johnson, Esq.*
                                 Carolyn Elaine Johnson, Esquire
                                 Attorney for Debtors

Date: *8/9/2022*      */s/ Ann E. Swartz, Esq. for*
                                 Scott F. Waterman, Esquire
                                 Chapter 13 Trustee

Approved by the Court this ____ day of _____, 2022. However, the court retains discretion regarding entry of any further order.

**Date: August 22, 2022**

                                 Bankruptcy Judge
                                 Ashely M. Chan