United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 19-15831-amc
Cherisse Corner | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Sep 07, 2022 | Form ID: pdf900 | Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cherisse Corner, 49 W. Basin St., Norristown, PA 19401-3861 |
| cr | + | THE BANK OF NEW YORK MELLON, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | THE BANK OF NEW YORK MELLON, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 14390721 | + | Darrell Corner, 919 Whispering Pine Drive, Missouri City, TX 77489-2103 |
| 14411482 | | Emergency Care Services of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14390722 | + | Norristown Municipal Waste Authority, 235 E. Airy St., 2nd Floor, Norristown, PA 19401-5003 |
| 14403272 | + | The Bank of New York Mellon, fka The Bank of New York, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14402596 | + | The Bank of New York Mellon f/k/a The Bank of New, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14390725 | + | U.S. Dept of Housing and Urban Developme, 451 7th St. S.W., Washington, DC 20410-0002 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 07 2022 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 07 2022 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14390720 | | Email/Text: bncnotifications@pheaa.org | Sep 07 2022 23:53:00 | AES, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14406039 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 07 2022 23:53:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14417000 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 07 2022 23:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14390723 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 07 2022 23:53:00 | Specialized Loan Servicing, 8742 Lucent Boulevard, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14429067 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 07 2022 23:53:00 | The Bank of New York Mellon Trustee, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14402596 | ^ | MEBN | Sep 07 2022 23:48:51 | The Bank of New York Mellon f/k/a The Bank of New, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14390724 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 08 2022 00:00:27 | U.S. Department of Housing and Urban Dev, 451 7th Street S.W.,, Washington, DC 20410-0002 |
| 14395994 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 08 2022 00:00:27 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

Case 19-15831-amc    Doc 57    Filed 09/09/22    Entered 09/10/22 00:35:05    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: pdf900 | Total Noticed: 18 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 09, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

**Name**  **Email Address**

CAROLYN ELAINE JOHNSON
    on behalf of Debtor Cherisse Corner cjohnson@lasp.org  r50866@notify.bestcase.com

KEVIN G. MCDONALD
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York  as successor Et Al...
    bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York  as successor Et Al...
    bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    CHERISSE CORNER

Chapter 13

Bankruptcy No. 19-15831-AMC

Debtor

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 7, 2022**

_____  
ASHELY M. CHAN  
U.S. BANKRUPTCY JUDGE